IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DELTA ROMEO, INC., a Florida )
Corporation, )
                   )
                   )   No. **01C 4684**
        Plaintiff, )
                   )   JUDGE ALESIA
                   )
        v. )   Hon.
                   )
JET SUPPORT SERVICES, INC., a )   MAGISTRATE JUDGE ROSEMOND
Delaware Corporation, and TRANS )   **JURY TRIAL DEMANDED**
HELICOPTERE SERVICE, a French )
Corporation, )
                   )
        Defendants. )

## COMPLAINT

The Plaintiff, DELTA ROMEO, INC., by its attorneys, hereby complains of defendants,

JET SUPPORT SERVICES, INC., and TRANS HELICOPTERE SERVICE, as follows:

### THE PARTIES

1.    Plaintiff, Delta Romeo, Inc., ("Delta Romeo") is in the business of buying and

selling used aircraft. Delta Romeo is incorporated under the laws of Florida and has its principal

place of business at 1991 Industrial Drive, Deland, Florida.

2.    Defendant, Jet Support Services, Inc., ("JSSI") is in the business of providing jet

engine maintenance and service contracts to owners of jet aircraft. JSSI is incorporated under the

laws of Delaware and has its principal place of business at 154 West Hubbard Street, Chicago,

Illinois.

3.    Defendant, Trans Helicoptere Service, ("THS") is a French corporation with its

principal place of business in France. THS was the owner of a two-engine 1979 Cessna Citation

II 550 aircraft, Serial #550-0074, (the "Citation II") until it sold that aircraft to Delta Romeo.

## STATEMENT OF JURISDICTION

4.       This Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a) and (c) because this is an action among citizens of different states and of a foreign state and the amount in controversy exceeds $75,000.

## GENERAL ALLEGATIONS

### JSSI's Engine Maintenance and Service Programs

5.       JSSI's business includes the provision of maintenance and service contracts on jet engines for aircrafts ("EMS contracts").  JSSI describes itself as a company "dedicated solely to the funding of engine and airframe maintenance events" and one which "pioneered the concept of an independent hourly cost maintenance program."

6.       The types of services covered under JSSI's EMS contracts fall into two general categories:  (1) scheduled maintenance, including "engine overhauls" and "hot-section inspections," and (2) unscheduled maintenance, including engine failures and catastrophic events.

7.       According to manufacturer's specifications, every aircraft engine is required to be overhauled on a set schedule.  That schedule is based on the number of cumulative hours of operation of the engine and, with respect to certain component parts of the engine, the number of cycles to which the engine is subjected.  (A "cycle" is an engine being started and stopped.)  For example, the engines on the Citation II are required to be overhauled after every 3500 hours of operation.  A single overhaul of an engine such as those on the Citation II can cost hundreds of thousands of dollars per engine.

2

8.     The other scheduled maintenance covered by JSSI's EMS contracts is the "hot-section inspection." According to manufacturer's specifications, a hot-section inspection is required to be performed at the mid-life point between engine overhauls. Therefore, for example, the Citation II engines are required to undergo hot-section inspections 1750 hours of operation after each overhaul. A hot-section inspection does not involve the rework of the entire engine, as would an engine overhaul. Instead, it involves maintenance and service on the combustible or "hot" part of the engine. A hot-section inspection for engines such as those on the Citation II could cost in excess of $50,000 per engine.

9.     JSSI's EMS contracts take the form of "hourly cost maintenance programs." Under these programs, every month the customer pays JSSI a fee for each engine enrolled in the plan. The fee is calculated based on the number of hours of operation of the engine during that month multiplied by a flat hourly rate. Customers' payments under JSSI's EMS contracts are sent to JSSI's bank in Chicago, Illinois, where they are held in a trust account.

10.     In exchange for the customer's payments, JSSI promises to pay for the performance of the scheduled maintenance activities, including a hot-section inspection and an overhaul, at the scheduled points in the engine's life. JSSI also promises to pay for the performance of the covered unscheduled maintenance. JSSI does not perform the maintenance work itself. Instead, the customer may chose from among any of the "approved" service centers. If the customer has paid for all hours of the engine's operation leading up to the performance of those services, then the full cost of those services is covered by JSSI. If the customer has not paid for all hours of the engine's operation, then JSSI will only cover the pro-rated portion of the cost of any scheduled maintenance – the customer will have to pay the balance.

3

11.     In addition to hourly fees, the customer must pay a one-time enrollment fee and a fee per engine for an initial inspection. According to JSSI's marketing materials, for a two-engine business jet aircraft, those fees can total approximately $30,000.

12.     An engine's enrollment in JSSI's EMS contract is an asset. According to JSSI's own marketing materials, that asset follows the sale of the aircraft *unless and until* the new owner states that he does not wish to continue the program:

> The program stays with the aircraft and transfers to the new owner, operator or lessor, where they will enjoy 100% of the same benefits enjoyed by the previous client. A small transfer fee of $2,500 is required and is generally paid by the new owner, operator, or lessor.
>
> In the event the customer sells the aircraft to a purchaser not wishing to continue the program, all amounts paid into the Trust, less all expenditures made on behalf of the aircraft and/or engines, less relevant expenses of the aircraft, fees and taxes may be applied toward any replacement aircraft or to any other aircraft in the client's fleet not on a JSSI program.

See JSSI Frequently Asked Questions #13, a true and accurate copy of which is attached as Exhibit A.

13.     THS enrolled each the Citation II's engines under an EMS contract with JSSI for a period of time before selling the Citation II to Delta Romeo. Under the pro-ration formula, 84.57% of the overhaul cost and 100% of all other maintenance services, including the hot-section inspection and unscheduled maintenance, was to be covered by JSSI under that program.

### THS's Sale of the Citation II to Delta Romeo

14.     By Fall, 2000, THS listed the Citation II for sale with an aircraft broker called

Serendipity Aircraft Sales Limited ("Serendipity").  Upon information and belief, Serendipity

was THS's agent for the advertisement and sale of that aircraft, and THS agreed to pay

Serendipity a commission for the sale.

15.     Delta Romeo was interested in the purchase of a business jet, and it used a

company called Dove Air, Inc. ("Dove Air") to locate potential aircraft for purchase.

16.     On or about October 10, 2000, THS, or Serendipity at THS's direction and

approval, faxed to Dove Air on THS letterhead the written specifications for the Citation II.  A

true and accurate copy of that facsimile is attached as Exhibit B.  Those specifications included

the following statement:

> ADDITIONAL INFORMATIONS:
> Engine EMS Coverage Program for both engines:
> Overhaul: 84.57% by JSSI          HSI [Hot-Section
>                                   Inspection]: 100% by JSSI

17.     After receiving the specifications, THS and Delta Romeo engaged in negotiations

through Serendipity and Dove Air regarding the purchase of the aircraft.  During these

negotiations, THS repeatedly stated that the EMS contract was included with the sale of the

aircraft and that the price of the aircraft was therefore justified.  Neither THS nor Serendipity

ever stated to Dove Air or Delta Romeo that the EMS contract was not going to be included with

the sale of the Citation II.

18.     On or about December 14, 2000, THS and Delta Romeo agreed that THS would

sell the Citation II to Delta Romeo for $1,795,000.  The closing of the transaction occurred over

the next several weeks through the delivery of the payment and necessary documents to an escrowee. Delta Romeo took delivery of the aircraft from THS on or about January 19, 2001.

19.     In reaching the agreement to purchase the Citation II, Delta Romeo relied, and THS intended that it so rely, on THS's representations that the EMS contract was included as part of the sale of the Citation II.

## THS Reneges on the EMS Contract

20.     Soon after taking delivery of the aircraft, Delta Romeo discovered that THS was in arrears in its payments on the EMS contract with JSSI by approximately 850 hours. Delta Romeo then inquired of THS, through Serendipity, about this discovery. THS responded, through Serendipity, that not only was THS not going to make its payments current, but that it had also instructed JSSI to transfer the funds pertaining to the EMS contract to another of THS's aircrafts and that those funds should not be used on behalf of the Citation II's engines.

21.     Despite repeated additional inquiries from Delta Romeo, THS has not offered any reason or justification for its refusal to allow the EMS contract to transfer to Delta Romeo or for its instructions to JSSI preventing Delta Romeo from obtaining its interest in the EMS contract.

22.     Delta Romeo has informed JSSI that Delta Romeo owns the interests arising from the EMS contract and the funds relating to that aircraft.

23.     JSSI has refused *either* to transfer the funds relating to the EMS contract to another THS aircraft *or* to allow Delta Romeo to use those funds with respect to the engines on the Citation II. Specifically, JSSI has written to both THS and Delta Romeo as follows:

> We have received conflicting directions from you with respect to the JSSI Contract and the balance of funds remaining in our trust account in connection with the JSSI Contract. . . . Quite simply,

6

we ask that you resolve this disagreement between you, and inform us of your agreed-upon resolution of this matter. As long as you are in agreement, we will be happy to comply with your direction. . . . Until you are able to come to a resolution of this matter, we will continue to hold the balance of funds in our trust account.

See Letter from JSSI, dated April 2, 2001, a true and accurate copy of which is attached as

Exhibit C.

## COUNT ONE – DECLARATORY RELIEF
### (Both Defendants)

24.     The allegations of Paragraphs 1 through 23 are repeated and realleged as if fully set forth in this Paragraph 24.

25.     Delta Romeo has a present property interest in the EMS contract covering the Citation II's engines. That property interest constitutes an asset belonging to Delta Romeo.

26.     THS has wrongfully claimed an ownership interest in the EMS contract and/or the funds held by JSSI relating to that contract. THS has also wrongfully directed JSSI not to transfer the interests arising from the EMS contract to Delta Romeo.

27.     JSSI has wrongfully refused to acknowledge that Delta Romeo is the owner of that asset, to transfer formal ownership of that asset to Delta Romeo, and to allow the balance of funds relating to the EMS contract to be used for the maintenance and service of the Citation II's engines.

28.     An actual controversy thus exists between Delta Romeo, JSSI and THS regarding the ownership of the asset described above. Pursuant to 28 U.S.C. § 2201, this Court is vested with the power to declare the rights and liabilities of the parties and to adjudicate the final rights

7

and obligations of all parties and to give such other relief as may be necessary to enforce such rights.

WHEREFORE, plaintiff, DELTA ROMEO, INC., respectfully requests that this Court enter judgment in its favor and against defendants, JET SUPPORT SERVICES, INC., and TRANS HELICOPTERE SERVICE, and further:

A.    Determine and adjudicate that DELTA ROMEO, INC. is the rightful owner of the EMS contract with JET SUPPORT SERVICES, INC., and all rights arising therefrom;

B.    Determine and adjudicate that TRANS HELICOPTERE SERVICE has no further interest in or ownership of the EMS contract, including the balance of funds relating to that contract;

C.    Grant such other relief as may be just and proper.

### COUNT TWO – BREACH OF CONTRACT AND/OR WARRANTY
(Against THS Only)

29.    The allegations of Paragraphs 1 through 28 are repeated and realleged as if fully set forth in this Paragraph 29.

30.    THS and Delta Romeo entered into a valid and enforceable contract as described above.

31.    Delta Romeo has satisfied all conditions required under that contract.

32.    THS has breached the contract and/or the warranties made in connection with that contract in the following ways:

(a)    by failing to cause and/or by refusing to allow the transfer of the EMS contract to Delta Romeo;

8

(b)     by allowing the EMS contract to fall into arrears in an amount equal to approximately 850 hours of operation.

33.     These breaches have caused Delta Romeo to be damaged in its money and property in an amount in excess of $690,000.

WHEREFORE, plaintiff, DELTA ROMEO, INC., respectfully requests that this Court enter judgment in its favor and against defendant, TRANS HELICOPTERE SERVICE, and further award compensatory damages in an amount to be determined, and grant such other relief as the Court determines to be just and proper.

<u>COUNT THREE – COMMON LAW FRAUD</u>
(Against THS Only)

34.     The allegations of Paragraphs 1 through 33 are repeated and realleged as if fully set forth in this Paragraph 34.

35.     Defendant, THS, made and/or caused to be made the following misrepresentations of material fact, more fully described above:

(a)     that the JSSI EMS contract covering the Citation II's engines was included as part of the sale of the aircraft;

(b)     that the Citation II's engines had an 84.57% coverage by the JSSI EMS contract.

36.     Defendant, THS, knew that these representations were false, or THS recklessly disregarded whether those statements were true or false.

9

37.     Defendant, THS, intended that plaintiff, Delta Romeo, rely on those misrepresentations in agreeing to purchase the Citation II at the price and the terms upon which the parties agreed.

38.     Plaintiff, Delta Romeo, actually relied on those misrepresentations in agreeing to purchase the Citation II, and plaintiff was thereby injured in its money and property in an amount in excess of $690,000.

WHEREFORE, plaintiff, DELTA ROMEO, INC., respectfully requests that this Court enter judgment in its favor and against defendant, TRANS HELICOPTERE SERVICE, and further award:

(a)     compensatory damages in an amount to be determined;

(b)     punitive damages in an amount to be determined;

(c)     and such other relief as the Court determines to be just and proper.

**PLAINTIFF HEREBY DEMANDS A TRIAL BY JURY ON ALL COUNTS.**

Respectfully Submitted,

DELTA ROMEO, INC.

by: _____
One of Its Attorneys

Corey B. Rubenstein
William Ziegelmueller
STETLER & DUFFY, LTD.
140 S. Dearborn St., Suite 400
Chicago, IL  60603
312-338-0200

10

# EXHIBIT  A

Login  Introducing JSSI  Programs  Press  Jobs  Corporate  Contact

Why Engine Maintenance?  Why JSSI?  Programs

SERVICES    FAQs    HOME

## JSSI® Frequently Asked Questions

## Table of Contents

1. *Who is Jet Support Services, Inc. (JSSI®)?*
2. *Who manages JSSI®?*
3. *Why do I need the JSSI® program?*
4. *Why can't I do a program myself, in house?*
5. *Where does the money I pay go?*
6. *Bottom line, what does it cost me in actual dollars to get on your program?*
7. *What is the pro-rata?*
8. *What is a buy-in?*
9. *What is the Trust account?*
10. *How is the money in the Trust protected?*
11. *Does JSSI® have protection against unforeseen and unidentifiable engine losses?*
12. *If we enroll in the program, are we committed to a specific repair facility?*
13. *What happens when I sell my aircraft?*
14. *Do I need the JSSI® program on a brand new aircraft?*
15. *When does my coverage begin?*
16. *Do I have options for engine coverage?*
17. *My engines are due overhaul shortly. Why not wait for the completion of the overhaul before enrolling?*
18. *What other hourly cost maintenance programs does JSSI® provide?*
19. *How do I enroll my aircraft?*

## 1. Who is Jet Support Services, Inc. (JSSI®)?

Jet Support Services, Inc. (JSSI®), founded in 1989, is a service company dedicated solely to the funding of engine and airframe maintenance events on turbine powered aircraft. The company pioneered the concept of an independent hourly cost maintenance program covering all types of engines and aircraft.

Back to Top

Why JSSI

## 2. Who manages JSSI®?

JSSI® is managed by a group of aviation and financial professionals with significant experience in all aspects of the aviation community. References are available upon request.

*Back to Top*

## 3. Why do I need the JSSI® program?

The JSSI® program puts the owner/operator, lessor, or lender in a service oriented engine maintenance program which provides:

- Budget stability for flight departments and their parent corporations;
- Significantly increased resale value and greater ease of resale in any market environment;
- Protection against costly unscheduled events; and,
- Professional maintenance management of the engines and/or airframe.

*Back to Top*

## 4. Why can't I do a program myself, in house?

Before any program can offer the benefits similar to the program by JSSI®, you must be assured your program will provide a maintenance schedule which will increase the value of your aircraft at the time of resale; provide you with loaner engines when necessary as well as other exchangeable airframe components; provide appropriate expert technical support or assistance; and budget for your scheduled and unscheduled engine or airframe maintenance so there are no financial surprises. Any owner/operator with turbine powered aircraft wishing to improve the use and operation of the engines and airframe cannot afford to be without a program by JSSI®.

*Back to Top*

## 5. Where does the money I pay go?

Your funds are sent to a lock box at the American National Bank (a division of Bank One) in Chicago, Illinois. The funds are deposited in a master account until they have cleared and then are disbursed to the trust account less a management fee.

*Back to Top*

## 6. Bottom line, what does it cost me in actual dollars to get on your program?

http://www.askjssi.com/Info/Faqs.html

6/8/01

Each client will pay an enrollment fee based on aircraft type. The enrollment fee is not per engine, but for the entire aircraft! Additionally, each client will pay for a Pre-Induction Diagnostic Survey (PIDS) for each engine, unless brand new, costing approximately $2,500 per engine. The PIDS tests are essentially health exams for the engines. These are the only initial or "up front" fees for enrollment.

Clients with other than brand new or zero timed engines will be asked to pay a pro rata share of the first Hot Section (MPI) and Overhaul (CZI) [see "What is the pro-rata?"]. You may also have pro ratas on cycle limited components. All clients will, of course, pay the hourly usage fee. There are no other fees of any sort. JSSI® will pay for all future recommended/mandatory service bulletins, Airworthiness Directives, loaner engines, routine maintenance parts, scheduled and unscheduled maintenance from contract's inception forward.

Let us review this once more, looking at the maximum exposure for an in-service aircraft:

Clients will pay a maximum of $25,000 enrollment fee. Clients will pay approximately $2,500 per engine for the PIDS. The approximate total for an in-service business jet to get on the program with 2 engines is $30,000. Once on the program, clients will be responsible for a pro rata percentage of the first Hot Section (MPI) and Overhaul (CZI), and cycle limited components as they occur. All unscheduled events, including future recommended/mandatory service bulletins and Airworthiness Directives are paid by JSSI®.

Back to Top

## 7. What is the pro-rata?

In lieu of paying a large sum of money to bring engines financially current (a "buy-in"), we offer a pro rata or cost sharing plan. Under the pro rata system the client pays a percentage of the cost of the first Hot Section (MPI) and a percentage of the cost of the first Overhaul (CZI) as these events occur. The client is paying for the hours the aircraft has flown prior to enrolling in the program. For example, a client with 500 hours flown, a 1400 Hot Section (MPI) interval, and a 4200 hour TBO would be responsible for 35.7% of the first Hot Section (MPI) and 11.90% of the first Overhaul (CZI). The JSSI® program would be responsible for all subsequent Hot Sections (MPI) and Overhauls (CZI). Furthermore, the program will cover 100% of all unscheduled mechanical failures, Service Bulletins, Airworthiness Directives, and loaner engines, from contract's inception.

What does this pro rata look like in dollars?

Using the above pro-rata percentages as examples [35.7% Hot Section (MPI), 11.90% Overhaul (CZI)], and assuming the Hot Section (MPI) cost is $65,000, the client's pro-rata share would be $23,205. If the Overhaul (CZI) is $185,000, the client's pro-rata share would be $22,015. By way of comparison a buy-in for a like aircraft, assuming an engine rate of approximately $100 per hour could easily be $100,000 of immediate cash, versus $45,220 over as much as 3700 hours remaining to the first Overhaul.

Back to Top

## 8. What is a buy-in?

To eliminate the pro ratas existing on an "in-service" aircraft, JSSI® will provide a pro rata reduction quotation. This one-time payment will serve to eliminate all of the pro rata percentages and give JSSI® complete financial responsibility for all future engine maintenance covered under the program. The customers only financial responsibility will be the monthly payment of the hourly usage fees once the "buy-in" has been paid.

*Back to Top*

## 9. What is the Trust account?

The Trust account is administered by the American National Bank, as trustee and is a third party irrevocable Trust. In effect, American National Bank keeps watch over the money. The trustee is authorized to make disbursements for aircraft repairs. The trustee will only make disbursements for repairs upon receipt of an affidavit attached to a written invoice. When documentation is received, the Trust wires funds to the repair facility. The Trust is not an asset of the corporation (Jet Support Services, the corporation, may not use the funds for any other purpose than engine repair, maintenance, and trust related taxes and expenses). The Trust is permitted to invest funds in U.S. Government and other Trust quality securities.

*Back to Top*

## 10. How is the money in the Trust protected?

As previously stated, the Trust is not an asset of the corporation and therefore, not subject to claims of JSSI®'s creditors. JSSI® has grown steadily since its founding in 1989 and prides itself on a strong balance sheet, ample reserves in the Trust, and a highly conservative operating policy. Should JSSI® cease operations, the trustee will distribute to you that portion of funds attributable to your aircraft, less distributions previously withdrawn for repairs, replacement, associated fees and taxes. In essence, your funds are being held for the purpose for which this program was established.

*Back to Top*

## 11. Does JSSI® have protection against unforeseen and unidentifiable engine losses?

Yes. By way of Associated Aviation Underwriters, JSSI® has obtained insurance against unforeseen, sudden physical loss or damage from causes not specifically exempted by the JSSI® Agreement.

*Back to Top*

## 12. If we enroll in the program, are we committed to a specific repair facility?

No! It has always been our policy to allow the client to choose their own service provider so long as the service provider

http://www.askjssi.com/Info/Faqs.html

is approved by the Original Equipment Manufacturer (OEM), and the appropriate civil aviation authority, such as the FAA in the United States.

### 13. What happens when I sell my aircraft?

The program stays with the aircraft and transfers to the new owner, operator or lessor, where they will enjoy 100% of the same benefits enjoyed by the previous client. A small transfer fee of $2,500.00 is required and is generally paid by the new owner, operator, or lessor.

In the event the customer sells the aircraft to a purchaser not wishing to continue the program, all amounts paid into the Trust, less all expenditures made on behalf of the aircraft and/or engines, less relevant expenses of the aircraft, fees and taxes may be applied toward any replacement aircraft or to any other aircraft in the client's fleet not on a JSSI® program.

Back to Top

### 14. Do I need the JSSI® program on a brand new aircraft?

The new engine/aircraft warranty is the principal way of guaranteeing the owner/operator that their aircraft and/or engine will perform as designed. However, the manufacturers' warranties do not cover scheduled maintenance or major inspections. Once the manufacturer's warranty expires, the owner/operator is no longer covered for unscheduled maintenance unless, of course, the owner/operator is on the JSSI® program from from inception. Owners/operators should also note the varying warranty periods attributed to specific aircraft components. It is highly possible to be under one warranty plan for a specific component, and without warranty protection on a different component.

Jet Support Services accrues funds for all scheduled events beginning with the very first flight hour. As such, the expiration of a warranty is completely seamless to the owner/operator in terms of operating efficiency. What JSSI® will do is provide the owner/operator with an hourly rate that recognizes the protection afforded while an aircraft is under the manufacturer's warranty.

In summation, without the JSSI® program, the owner/operator is covered for unscheduled events, but not regular maintenance. Then, when the manufacturer's warranty expires, there is absolutely no coverage.

Back to Top

### 15. When does my coverage begin?

Your coverage begins immediately for all scheduled repairs. In addition, your engines will undergo a Pre-Induction Diagnostic Survey (PIDS) to verify their current operating condition. If the engines pass the PIDS, they will be covered from the first day against any unforeseen, sudden physical loss or damage necessitating immediate repair or replacement.

Back to Top

## 16. Do I have options for engine coverage?

JSSI® recently introduced four new engine hourly cost maintenance programs to better serve the needs of the industry. JSSI®COMPLETE is our premier program covering all aspects of turbine engine maintenance and allowing for the greatest amount of flexibility in designing special programs for special missions. JSSI®SELECT allows the owner/operator the option of eliminating special accruals of funds for life limited component replacement while still providing coverage for unscheduled mechanical failure. JSSI®TERM is designed for the owner/operator with a specific time parameter of operation and no interest in accruing funds for events which will likely occur after the aircraft is sold or returned to a lessor. Lastly, JSSI®UNSCHEDULED is designed for the client wishing only protection from unscheduled events and willing to accept all budgetary responsibilities for scheduled maintenance. All four of these inventive new programs are available today.

Back to Top

## 17. My engines are due overhaul shortly. Why not wait for the completion of the overhaul before enrolling?

Unscheduled events don't always wait until after a major inspection to occur. In fact, they are more likely to occur during that time period leading up to the major inspection. For this reason, JSSI® offers a unique program called "EZ" for engines approaching a Hot Section (MPI) or major Overhaul (CZI). Under the EZ program, the owner/operator pays one-half the regular hourly rate until the upcoming Hot Section (MPI) or Overhaul (CZI), and they are responsible for the total cost of the upcoming scheduled event. Prior to the scheduled event, JSSI® covers all unscheduled maintenance items. Any money paid in prior to the scheduled event and not spent for unscheduled maintenance may be applied to reducing the pro-ratas or toward future flight hours.

Back to Top

## 18. What other hourly cost maintenance programs does JSSI® provide?

Recently, JSSI® became the first hourly cost maintenance program provider to introduce the concept of protection for the entire aircraft: engines, APUs, avionics, airframe component systems, tires, brakes, landing gear, and much more. While our programs do not, as yet, cover the entire general aviation fleet, we are moving in that direction.

Back to Top

## 19. How do I enroll my aircraft?

Call your local JSSI® sales representative or dial 1-888-ASK-JSSI and someone will quickly get you on the path to

May 5521

total peace of mind when it comes to maintenance expenses for your aircraft.

*Back to Top*

Click Here For our Contacts.

# EXHIBIT  B

SEOF

De - Yves BRUN - X FUTE                    09.01/10.00 IST - Page 20

904-740-1696                                        THS.ER
www.THS.FR

De l'Hélicoptère au Mystère 20

Contact : **Yves Brun**
Phone : (33) 467 266 833
Fax :    (33) 467 001 907

**1979 CESSNA CITATION II 550**
**S/N 550-0074   LX-THS   (2/2)**

**INTERIOR :** (New 1996)
Fire blocked, Grey Leather seats, Grey carpet w/ Pink triming, Grey Laquedwood, Light Grey
Headliners (washable).
8 passengers configuration, 2 Folding tables, R/H Slim-Line Refreshment center w/ Hot Cup
2nd R/H Slim-Line Galley w/ Drawers, CD/Stereo Laser, Mid-Pyramid Cabinet, Toilet
Aft Folding door, Cockpit curtain.

**EXTERIOR :** (New 1996)
White and Dark Grey Stripes + Yellow trimming, Dark Grey Body and Wings.
New Deice boots 10/96, very high SB Statuts, New Windshields and New Windows 10/96.

**ADDITIONAL INFORMATIONS:**
Engine EMS Coverage Program for both engines:
Overhaul: 84,57% by JSSI         HSI: 100% by JSSI

Aircraft Luxembourg registered, No Damage history. All Original Log Books Availables.
Operated in Jar Ops1 and Maintened Jar 145. Under European Public Transport Regulations.

LYONS = INTERNATIONAL SAV AVIAT ▶ BRON AIRPORT

Specifications Subject to verification upon inspection. Aircraft subject to prior sale or withdrawal from the market

Aéroport Le Bourget 93350 LE BOURGET - Héliport de Paris 4 av de la Porte de Sèvres 75015 PARIS
Aéroport de Lyon Bron 69500 BRON Bron

## 1979 CESSNA CITATION II 550
## S/N 550-0074  LX-THS    (1/2)

**AIRFRAME** : total time : 9.247Hrs
Total Landings : 10.160
Phases:1 to 5 in October 1996, Phase 1÷2 in October 1997
Phases: 8/1÷2/3, 4/11/10 : 08:29.00

| **ENGINES:** Pratt & Whitney JT 15 D-4 | **On EMS** | **Left** | **Right** |
|---|---|---|---|
| S/N | | PCE 70250 | PCE 70272 |
| Total Time Since New : | | 9.190 | 9.247 |
| Total Cycles Since New : | | 9.717 | 9.766 |
| Time Since Overhaul : | | 2.043 | 2.101 |
| Cycles Since Overhaul : | | 1.787 | 1.836 |

**AVIONICS :**

Dual VHF KING KY196B  (8,33 kHz)
Dual COLLINS VIR-31A Navs.
Dual SPERRY RD 60 HSI (5'')
Dual Compass System SPERRY C14 D D6
Dual COLLINS DME 40
Dual Transponders COLLINS TDR 90
Dual RMI COLLINS 332 C-10
Radar Altimeter SPERRY AA-215
HF KING KHF 950 w/ Motorola Selcal
GPWS MK II

Primus 300 Color Radar
Altitude alert + Preselect
Intercom Cockpit-Cabin
GPS GARMIN 155 w/ Coupler
ELT ARTEX 110-4
CVR / SCR 500-30
Flight Director / Autopilot System :
SPERRY SPZ 500
Digital Clock

**ADDITIONAL FEATURES :**

36' Factory Cargo Door
Air conditioning
Turbines Fan Synchro
64 Cb Ft Oxygen
Anti Skid System
BF Goodrich wheels and brakes
Angle of attack Indicator
Electric Ambulance Outlet (50 Amps)

**Thrust Reversers**
Branson Gross weight Increase (14.700 Lbs)
Empty weight Increase (11.000 Lbs)
Optional Stall Warning
Tailcone baggage Comp. w/ Ski tube
Logo Lights
Stainless Steel Screw Kit

Aéroport Le Bourget 93350 LE BOURGET  -  Héliport de Paris 4, av de la Porte de Sèvres 75015 PARIS
Aéroport de Lyon-Bron 69500 BRON, France

Siège social : 10  av de la Grande Armée  75017 PARIS

# EXHIBIT   C

RightrAAoa          4/11/01    10:41    PAGE  2/2    RightrAAx

Apr-02-2001  03:34pm  From-JSSI                    19125441898        T-186  P.002/002  F-872



JSSL

154 West Hubbard Suite 505
Chicago, Illinois 60610

℡ 312.544.4444
℅ 800.622.6266

April 2, 2001

Delta Romeo, Inc.                           Trans Helicopters Service
1991 Industrial Drive                       Aeroport de Lyon-Bron
DeLand, FL 32724                            Terminal S.A.R., Bron France 69500
Attention: Mr. David Robinson              Attention: Mr. Michel Dreyfus

            Re:    Jet Support Services, Inc.

Gentlemen:

        It has come to our attention that a genuine disagreement has arisen between you regarding
the recent sale by Trans Helicopters Service (the "Seller") to Delta Romeo, Inc. (the "Purchaser")
of a certain Citation aircraft having a serial number of 550-0074 and a registration number of LX-
THS (the "Aircraft"). As you are aware, the Aircraft's engines have been enrolled for some time on
the JSSI hourly cost maintenance program pursuant to a written contract with Jet Support Services,
Inc. (the "JSSI Contract"). It is our understanding that the disagreement relates to whether the JSSI
Contract was sold to the Purchaser with the Aircraft or whether it continues to be an asset owned by
the Seller. We have received conflicting directions from you with respect to the JSSI Contract and
the balance of funds remaining in our trust account in connection with the JSSI Contract. The Seller
has asked that we transfer the remaining funds to be used for the benefit of another of the Seller's
aircraft. The Purchaser has asked that we take all necessary steps in order to arrange for the
assignment of the JSSI Contract to the Purchaser and that the balance of funds be utilized for the
repair and maintenance of the Aircraft going forward.

        Quite simply, we ask that you resolve this disagreement between you, and inform us of your
agreed-upon resolution of this matter. As long as you are in agreement, we will be happy to comply
with your direction. However, given that we are receiving conflicting directions from you and that
the written documents provided to us relating to the sale of the Aircraft do not conclusively resolve
this issue, we are uncomfortable taking any action at this time.

        Until you are able to come to a resolution of this matter, we will continue to hold the balance
of funds in our trust account. Thank you for your attention to this matter.

                                        Very truly yours,

                                        John Frederick Haskins
                                        President

cc:    David Briggs-Wilson
       Susan K. Marr, Esq.
       GH_DOC51.051.000078.1 03.30.01 14.48

                        Your Plane. Your Plan. ™

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

DOCKETED
JUN 2 2 2001

In the Matter of

DELTA ROMEO, INC.

v.

JET SUPPORT SERVICES, INC. & TRANS HELICOPTERE SERVICE

Case Number: **01C 4684**

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR

DELTA ROMEO, INC.

JUDGE ALESIA

MAGISTRATE JUDGE ROSEMOND

| (A) | (B) |
|---|---|
| SIGNATURE Corey B. Rubenstein - (TCM) | SIGNATURE William F. Engelmuller (TCM) |
| NAME COREY B. RUBENSTEIN | NAME WILLIAM F. ENGELMUELLER |
| FIRM STETLER & DUFFY, LTD. | FIRM (SAME) |
| STREET ADDRESS 140 S. DEARBORN St. #400 | STREET ADDRESS |
| CITY/STATE/ZIP CHICAGO, IL 60603 | CITY/STATE/ZIP |
| TELEPHONE NUMBER 312-338-0200   FAX NUMBER 312-338-0070 | TELEPHONE NUMBER   FAX NUMBER |
| E-MAIL ADDRESS | E-MAIL ADDRESS |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR?   YES ☒   NO ☐ | MEMBER OF TRIAL BAR?   YES ☒   NO ☐ |
| TRIAL ATTORNEY?   YES ☒   NO ☐ | TRIAL ATTORNEY?   YES ☒   NO ☐ |
| | DESIGNATED AS LOCAL COUNSEL?   YES ☐   NO ☐ |
| (C) | (D) |
| SIGNATURE | SIGNATURE |
| NAME | NAME |
| FIRM | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER   FAX NUMBER | TELEPHONE NUMBER   FAX NUMBER |
| E-MAIL ADDRESS | E-MAIL ADDRESS |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR?   YES ☐   NO ☐ | MEMBER OF TRIAL BAR?   YES ☐   NO ☐ |
| TRIAL ATTORNEY?   YES ☐   NO ☐ | TRIAL ATTORNEY?   YES ☐   NO ☐ |
| DESIGNATED AS LOCAL COUNSEL?   YES ☐   NO ☐ | DESIGNATED AS LOCAL COUNSEL?   YES ☐   NO ☐ |

JS 44
(Rev. 12/96)

Cat X

**CIVIL COVER SHEET**

01C 4684

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**JUDGE ALESIA**

**I. (a) PLAINTIFFS**

Delta Romeo, Inc.

**DEFENDANTS**

Jet Support Services, Inc.,
and Trans Helicopter Service

MAGISTRATE JUDGE ROSEMOND

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF Volusia County, Fl
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT Cook County, IL
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INV**DOCKETED**

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Corey B. Rubenstein, Stetler & Duffy, Ltd
140 South Dearborn Street, Suite 400
Chicago, IL 60603    312-338-0200

ATTORNEYS (IF KNOWN)

JUN 2 2 2001

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF
(For Diversity Cases Only) AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☒ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | **PERSONAL INJURY** | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 362 Personal Injury – Med. Malpractice | ☐ 625 Drug Related Seizure of Property 21 USC 881 | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury – Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☒ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS – Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE.
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Declaratory Relief, Breach of Contract, and Common Law Fraud.

**VII. REQUESTED IN COMPLAINT**

CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

**DEMAND $**
In excess of $690,000.00

CHECK YES only if demanded in complaint
**JURY DEMAND:** ☒ YES ☐ NO

**VIII.** This case
☒ is not a refiling of a previously dismissed action.
☐ is a refiling of case number _____, previously dismissed by Judge _____

DATE
6-20-01

SIGNATURE OF ATTORNEY OF RECORD
Corey B. Rubenstein (TCM)

UNITED STATES DISTRICT COURT